UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST COURT
MIDDLE DIST LA

2009 JAN 13 P 2: 20

BY DEPUTY CLERK

| | | |
|---|---|---|
| RANNY G. PEARCE | * | CIVIL ACTION |
|     Plaintiffs, | * | |
| | * | |
| VERSUS | * | NO:   3:08 CV 00809 |
| | * | |
| BANKERS UNITED LIFE ASSURANCE | * | |
| COMPANY, LIFE INVESTORS INSURANCE | * | JUDGE D - JAMES J. BRADY |
| COMPANY OF AMERICA, AND MITCHELL | * | |
| BOURGEOIS | * | |
|     Defendants | * | MAG. JUDGE 2-C. NOLAND |
| | * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing:

**IT IS HEREBY ORDERED** that Mitchell Bourgeois be dismissed from the above captioned case.

**THUS DONE AND SIGNED** this 13th day of January, 2009, in Baton Rouge, Louisiana.

_____
JUDGE U.S. MIDDLE DISTRICT OF LOUISIANA